1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| COREY J. HARPER, | Case No. CV 15-8236 VAP (MRW) |
|---|---|
| Petitioner, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| R.T.C. GROUNDS, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner did not file any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

1       IT IS ORDERED that the Attorney General's dismissal motion is
2 GRANTED and that this action is dismissed with prejudice.

*/s/ Virginia A. Phillips*

5 DATE: April 27, 2016

                                HON. VIRGINIA A. PHILLIPS
                                UNITED STATES DISTRICT JUDGE