# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY J. HARPER, | Case No. CV 15-8236 VAP (MRW) |
| Petitioner, | |
| v. | JUDGMENT |
| R.T.C. GROUNDS, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATE: April 28, 2016

_____
HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE